**No. 43675.**—Protests 999837–G (B), etc., of Equitable Trading Corp. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43676.**—Protests 818942–G, etc., of Agash Refining Corp. et al. (New York).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

BEFORE THE FIRST DIVISION, MAY 13, 1940

**No. 43677.**—Protests 2415–K, etc., of Geo. S. Bush & Co., Inc. (Portland, Oreg.).

Opinion by BROWN, J. It was stipulated that the merchandise is the same as that passed upon in Abstract 39806. The claim at 1¼ cents per pound under paragraph 717 (c) was therefore sustained.

**No. 43678.**—Protest 731–K of Strauss-Eckardt Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 40586 the harmonicas in question were held dutiable at 40 percent under paragraph 1541 as claimed.

**No. 43679.**—Protest 8562–K of Sprouse-Reitz Co., Inc. (San Francisco).

Opinion by TILSON, J. It was stipulated that the wooden cabinets in question are similar to those involved in Abstract 37636. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 43680.**—Protests 977695–G, etc., of F. W. Woolworth Co. (Seattle).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 37636 the cabinets in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 43681.**—Protests 943015–G, etc., of Karl Guggenheim, Inc., et al. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of squawker balloons similar to those involved in Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.